**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATAICENIA POBLANO, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class,*

                       Plaintiff,

    v.

LA TIENDITA DONA FIDE CORP.
    d/b/a LA TIENDITA DOÑA FIDE,
LA TIENDITA DONA FIDE 2 CORP.
    d/b/a LA TIENDITA DOÑA FIDE 2,
and ISIDRO HUERO SERRANO,

                       Defendants.

**Case No.**: 1:24-cv-06519

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants LA TIENDITA DONA FIDE CORP. d/b/a LA TIENDITA DOÑA FIDE, LA TIENDITA DONA FIDE 2 CORP. d/b/a LA TIENDITA DOÑA FIDE 2, and ISIDRO HUERO SERRANO (collectively "Defendants"), having offered to allow Plaintiff NATAICENIA POBLANO ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00)("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual claims against Defendants in her Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 11, 2024 and filed as Exhibit A to Docket Number 13;

**WHEREAS**, on September 25, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 13);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff NATAICENIA POBLANO, in the sum of $25,000.00, in accordance with the terms and

conditions of Defendants' Rule 68 Offer of Judgment dated September 11, 2024 and filed as

Exhibit A to Docket Number 13. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2024              _____
　　　　　New York, New York                                     U.S.D.J.